LAW LIBRARY

NO. 30641

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

WELLINGTON YEE YUN PANG and
ANDREA JANET PANG, Plaintiffs,

vs.

RICHARD YEE CHOON PANG and
RAYMONDE JEANNE CADORET PANG, Defendants.

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the "complaint for fraud" filed in the supreme court on August 23, 2010 by plaintiff Wellington Yee Yun Pang, it appears that we lack jurisdiction to adjudicate the complaint. See HRS § 602-5 (Supp. 2009). Therefore,

IT IS HEREBY ORDERED that the August 23, 2010 complaint is dismissed.

IT IS FURTHER ORDERED that the clerk of the appellate court shall not accept any further filings in this case.

DATED: Honolulu, Hawai'i, August 31, 2010.